UNITED STATES of America, for the use and benefit of TRIPLE S ALARM CO., INC., Plaintiff–Appellant

v.

WESTFIELD INSURANCE COMPANY, Defendant–Appellee.

No. 12–3030.

United States Court of Appeals, Eighth Circuit.

Submitted: April 9, 2013.

Filed: April 12, 2013.

Jeffrey Hines Moore, Friday & Eldredge, Little Rock, AR, for Plaintiff–Appellant.

David A. Grace, Hardin & Grace, North Little Rock, AR, Anton J. Rupert, Evan G. E. Vincent, Crowe & Dunlevy, Oklahoma City, OK, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Triple S Alarm Co., Inc., appeals from the judgment of the District Court[1] denying its motion for attorney fees and a penalty under Arkansas law or attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(b), in Triple S's suit under the Miller Act, 40 U.S.C. § 3131. After careful de novo review of the record, see United States v. Brummels, 15 F.3d 769, 771 (8th Cir.1994), and having considered the parties' submissions on appeal, we agree with the District Court that Triple S was not entitled to the relief that it sought for the reasons explained in the court's opinion.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.